IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOUISE SPIERING and RAY SPIERING, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3385 |
| v. | ) ) ) | |
| MIKE JOHANNS, JON BRUNING, NANCY MONTANEZ, RICHARD RAYMOND and JULIE MILLER, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

A conference call with counsel was held this date pursuant to Fed. R. Civ. P. 16 to discuss further scheduling of the case to trial. Counsel discussed the pending, potentially dispositive motions and concluded that it was premature at this point to proceed with scheduling. The court agreed. In accordance with the discussion during the conference,

IT IS ORDERED,

Within ten days following the court's ruling on the pending motion to dismiss, filing 30, counsel shall confer with respect to scheduling any remaining portions of the case, and thereafter shall contact the office of the undersigned to arrange another telephone conference to complete the scheduling process to the trial.

DATED this 6th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge