IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LOUISE SPIERING, and RAY           )
SPIERING,                          )
                                   )
              Plaintiffs,          )          4:04CV3385
                                   )
         v.                        )
                                   )
MIKE JOHANNS, JON BRUNING,         )          ORDER
NANCY MONTANEZ, RICHARD            )
RAYMOND, JULIE MILLER, and         )
DAVE HEINEMAN,                     )
                                   )
              Defendants.          )
                                   )

     IT IS ORDERED:

     The motion of Royce N. Harper, former Assistant Attorney
General, to withdraw as counsel of record herein, filing 44, is
granted.

     DATED this 25th day of July, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge