```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

LOUISE SPIERING and RAY        )
SPIERING,                      )
                               )
              Plaintiffs,      )         4:04CV3385
                               )
        v.                     )
                               )
JON BRUNING, NANCY MONTANEZ,   )         ORDER
RICHARD RAYMOND, JULIE MILLER  )
and DAVE HEINEMAN,             )
                               )
              Defendants.      )
                               )
```

IT IS ORDERED:

A telephone conference to complete the scheduling process of this case to trial, pursuant to the court's order of June 6, 2005 (filing 38) is set for October 3, 2005 at 2:30 p.m. Plaintiff's counsel shall place the call.

DATED this 30th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge