IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOUISE SPIERING and RAY SPIERING, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3385 |
| v. | ) ) | |
| GOVERNOR DAVE HEINEMAN, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion to file an amended answer, filing 50, is granted and the amended complaint shall be filed within ten days.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge