IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOUISE SPIERING, and RAY SPIERING, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV3385 |
| | ) | |
| v. | ) | |
| | ) | |
| JON BRUNING, NANCY MONTANEZ, RICHARD RAYMOND, JULIE MILLER and DAVE HEINEMAN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiffs' unopposed motion, filing 55, is granted, and

1.  Defendants shall provide plaintiffs with the reports required by Fed. R. Civ. P. 26(a)(2) on or before February 10, 2006.

2.  The deposition deadline is extended to May 2, 2006.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge