IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOUISE SPIERING and RAY SPIERING, Husband and wife, | ) ) ) | 4:04CV3385 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| GOVERNOR MIKE JOHANNS, In his individual capacity and official capacity as Governor of the State of Nebraska, ATTORNEY GENERAL JON BRUNING, In his individual capacity and official capacity as Attorney General of the State of Nebraska, NANCY MONTANEZ, In her individual capacity and official capacity as Director of the Nebraska Department of Health and Human Services, RICHARD RAYMOND, In his individual capacity and official capacity as Director of the Nebraska Department of Health and Human Services Department of Regulation and Licensure, and JULIE MILLER, In her individual capacity and official capacity as Coordinator of the Nebraska Department of Health and Human Services Newborn Screening Program, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court upon a motion by Children's Healthcare Is A Legal Duty, Inc, for leave to file an amicus curiae brief (filing 51).  No other motions are currently before the court.  Upon consideration, I will deny the motion.

IT IS ORDERED that the motion in filing 51 for leave to file an amicus curiae brief is denied.

February 8, 2006.                               BY THE COURT:

                                                        *s/Richard G. Kopf*
                                                        United States District Judge