```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LOUISE SPIERING and RAY SPIERING, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3385 |
| v. | ) ) | |
| JON BRUNING, NANCY MONTANEZ, RICHARD RAYMOND, JULIE MILLER and DAVE HEINEMAN, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiffs' motion to extend deadline, filing 64, is granted and the deadline for filing summary judgment motions is extended to June 2, 2006.

DATED this 1st day of March, 2006.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge