IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LOUISE SPIERING, et al.,                    )          4:04CV3385
                                            )
            Plaintiffs,                     )
                                            )          **MEMORANDUM**
      vs.                                   )          **AND ORDER**
                                            )
GOVERNOR DAVE HEINEMAN,                     )
et al.,                                     )
            Defendants.                     )


        This matter is before the court upon a joint sipulation to extend deadlines related to a motion for summary judgment to be filed by Plaintiffs. (Filing 72.) I find that the motion should be granted.

        IT IS ORDERED that:

1.      The deadline for Plaintiffs to file their motion for summary judgment and supporting evidence shall be extended from June 2, 2006 to June 7, 2006;

2.      Defendants shall have until July 7, 2006 to file a brief in opposition to Plaintiffs' motion for summary judgment;

3.      Plaintiffs shall have until July 21, 2006 to file any reply brief.

June 5, 2006.                          BY THE COURT:

                                       *s/Richard G. Kopf*
                                       United States District Judge