IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOUISE SPIERING and RAY SPIERING, Husband and wife, | ) ) ) | 4:04CV3385 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| GOVERNOR MIKE JOHANNS, In his individual capacity and official capacity as Governor of the State of Nebraska, ATTORNEY GENERAL JON BRUNING, In his individual capacity and official capacity as Attorney General of the State of Nebraska, NANCY MONTANEZ, In her individual capacity and official capacity as Director of the Nebraska Department of Health and Human Services, RICHARD RAYMOND, In his individual capacity and official capacity as Director of the Nebraska Department of Health and Human Services Department of Regulation and Licensure, and JULIE MILLER, In her individual capacity and official capacity as Coordinator of the Nebraska Department of Health and Human Services Newborn Screening Program, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This chambers has received a letter-brief dated July 25, 2006 from counsel representing a non-party to this case. I will direct the Clerk of Court to file the letter-

brief, and, treated as a miscellaneous motion, I will deny it because prior leave to appear as amicus curiae has not been sought and permission has not been granted.

IT IS ORDERED:

1. The Clerk of Court shall file the July 25, 2006 letter-brief received by this chambers;

2. Treating the July 25, 2006 letter as a motion, the motion is denied and the court will not consider the brief.

July 26, 2006.                          BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge