IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOUISE SPIERING and RAY SPIERING, Husband and wife, | ) ) ) | 4:04CV3385 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| GOVERNOR MIKE JOHANNS, In his individual capacity and official capacity as Governor of the State of Nebraska, ATTORNEY GENERAL JON BRUNING, In his individual capacity and official capacity as Attorney General of the State of Nebraska, NANCY MONTANEZ, In her individual capacity and official capacity as Director of the Nebraska Department of Health and Human Services, RICHARD RAYMOND, In his individual capacity and official capacity as Director of the Nebraska Department of Health and Human Services Department of Regulation and Licensure, and JULIE MILLER, In her individual capacity and official capacity as Coordinator of the Nebraska Department of Health and Human Services Newborn Screening Program, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

There is pending before me a second joint motion to extend the deadline to file an application for attorneys' fees (filing 94) and a joint stipulation for attorneys' fees (filing 95). Having considered the matter,

1

IT IS ORDERED that:

1. The second motion (filing 94) to extend the deadline to file an application for attorneys' fees is granted.

2. The joint stipulation for attorneys' fees (filing 95) is approved and the defendants shall pay said sum as an attorneys' fee.

3. Judgment will be entered by separate document.

October 16, 2006.                    BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge